M/D 1

RECEIVED
2010 JUL 13 A 10: 25
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Joseph Weaver - 187947 Kilby Correctional Facility
Full name and prison name of Plaintiff(s)

v.

Washington County Sheriffs Department
Richard Stringer
Terry Beasley

Name of person(s) who violated your constitutional rights. (List the names of all the person.)

CIVIL ACTION NO. 2:10CV593-ID
(To be supplied by Clerk of U.S. District Court)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☒

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☐ NO ☒

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff (s) ______________________

Defendant(s) ______________________

2. Court (if federal court, name the district; if state court, name the county)

______________________

3. Docket number ______

4. Name of judge to whom case was assigned ______

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) Plea, sentenced - One CASE Pending

6. Approximate date of filing lawsuit ______

7. Approximate date of disposition ______

II. PLACE OF PRESENT CONFINEMENT Kilby Correctional Facility - PO BOX 150 Mt Meigs, AL 36057

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Washington County Jail - Chatom, AL 36518

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Richard Stringer | PO BOX 307 Chatom, AL 36518 |
| 2. | Terry Beasley | PO BOX 307 Chatom, AL 36518 |
| 3. | Washington County Sheriffs Dept | " " " |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 2007 — 2010

mistreated by Sheriffs Dept (2005 - Captial Case mistreatment)

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: (1) NO Rights read on Assault 2nd Charge

(2) NO Chance To call upon a Witness.

(3) Locked up for five years and never even questioned or tried in a capital murder case.

(4) Locked up in drunk tank for seven months

(5) NO exercise

(6) Feed only Two meals per day.

(7) Threated by Sheriff and some dupties

(8) Forced To take plea by State appt. Lawyer

(9) accused of having a pipe in assault charge.

(10) Psychological [illegible]

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

I never struck or harmed anyone with a pipe
was charged and forced Into a plea.
was locked in drunk tank for seven (plus)
months with no exercise. served (fed) only X2 meals per day.
Threatened by Sheriff + Staff

GROUND TWO: I was never read any rights
on assault 2nd charge

SUPPORTING FACTS: Was forced by State appt.
Lawyer to take a plea or I was
looking at 20 years. Sheriff advised me
that he bought a Straight-Jacket with
mouth piece just for me. Sheriff has
also made a comment about if I make it till court.

GROUND THREE: was charged with Capital
murder and served five years and
I have never even been questioned about case.

SUPPORTING FACTS: Was in Washington County
Jail five years and I have not
went to trial for this charge.
have been treated as if they already
think I'm guilty without a trial.

*Sheriff would also threaten other inmates
by saying if they act up he would put them
in cell with me.

*Hygine-products taken away.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Hold the parties responsible for the wrong doing they have done. Not allow anyone else to be miss-treated as I have. Whatever the court deems necessary

X Joseph Weaver
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7/9/2010.
(Date)

X Joseph Weaver
Signature of plaintiff(s)

May 4 2010

PLEASE HELP ME PLEASE HELP ME

RECEIVED
2010 JUL -7 A 10: 26
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I received some paper work from your office, a civil rights complaint form but I didnt have th info. that was needed becouse th county wouldnt let Me bring it with Me, (Washington County). I need **your** help with a lawyer, I have been going to court on a Murder case for th past five years that I had no part in, the hole Situation was a drug deal that Went bad, I had no money for a lawyer So the courts of Washington County gave me one A Perry Newton of butler AL, and I do not feel Safe with my life in his hands, he has me Stuck in lock up at Kilby for a crime that I didnt do, the Washington County police department put a bogus Charge (2nd Degre, Asslt.) on me, they wrote up a report that I was fighting in the Countyjail (Where I have been for the last five years with no bond) with a pipe, (A Steel Pipe), but when I pick my Jury they didnt have a pipe (by they I mean Sheriff Richard Stringer, Terry Beasly and the DA's office) So they take a picture

of a Vent coming out of the sealing and they tell the Judge (Judge Skylork) I put the pipe in the vent and they cant get to it, So my lawyer tells me, I have to cop-out for 12 years because he cant beat them he said if I didnt take 12 they would give me 20 years in prison, So here I am stuck in lock up at Kilby with 12 years for a fight I had in the countyJail 2½ years ago, with the same laywer waiting to go to court for my life in November. If you can please send someone to help ME. I need a appointed lawyer that will come and talk to ME as soon as they can. God bless you and may peace be with you all, Thank You.

Joseph Weaver 187947 D-11

P.S. Went ahead and did the best I could on the paperwork.

Joseph Weaver 187947 D-11
P.O. Box 150
Mt. Meigs, Al. 36057

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, AL. 36101-0711